IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KARL ALEXANDER MEYER,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF
CORRECTIONS, MARK TESLIK,
CAROL GARCEAU, MILDRED PARISE,
ANA BOATWRIGHT, TOM GOZINSKE,
AMY SMITH, LIZZIE TEAGLES and
LISA PITTERA,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-312-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

By: *Lynn Kamke*, Deputy Clerk
Peter Oppeneer, Clerk of Court

Date: 6-16-10